UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM A. THOMAS,

                                    Plaintiff,

                    -v.-

COMMISSIONER OF SOCIAL
SECURITY,

                                    Defendant.

20 Civ. 9274 (KPF) (GWG)

ORDER

KATHERINE POLK FAILLA, District Judge:

By Order today, the Court is referring this case to Magistrate Judge
Gorenstein for a report and recommendation on any motion for judgment on
the pleadings.  To conserve resources, to promote judicial efficiency, and in an
effort to achieve a faster disposition of this matter, it is hereby ORDERED that
the parties must discuss whether they are willing to consent, under 28 U.S.C.
§ 636(c), to conducting all further proceedings before Magistrate Judge
Gorenstein.

If both parties consent to proceed before the Magistrate Judge, counsel
for Defendant must, **within two weeks of the date of this Order**, either mail
or email to Failla_NYSDChambers@nysd.uscourts.gov a fully executed Notice,
Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of
which is attached to this Order (and also available at

http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-
judge).  If the Court approves that form, all further proceedings will then be
conducted before Magistrate Judge Gorenstein rather than before the

undersigned.

If either party does not consent to conducting all further proceedings before Magistrate Judge Gorenstein, the parties must file a joint letter, **within two weeks of the date of this Order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:      December 1, 2020
            New York, New York

_____
  KATHERINE POLK FAILLA
  United States District Judge

2