UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIM A. THOMAS,

                                                   :        ORDER
                Plaintiff,                               20 Civ. 9274 (GWG)
                                                   :

   -v.-
                                                   :

COMMISSIONER OF SOCIAL SECURITY,
                                                   :

              Defendant.        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The plaintiff shall file her response to the Government's motion to dismiss (dated April 5, 2021) on or before April 26, 2021. The Government shall file its reply on or before May 10, 2021. Plaintiff may file her response by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov   In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007. Plaintiff is warned that if she does not file a response to the motion, this case may be dismissed for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

      The Clerk is directed to mail a copy of this Order to plaintiff.

      SO ORDERED.

Dated: April 7, 2021
      New York, New York

                                                                   _____
                                                                   GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge