**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KIM A. THOMAS,

                Plaintiff,

       -against-                               20 **CIVIL** 9274 (GWG)

                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 13, 2021, defendant's motion to dismiss (Docket # 14) is

granted; accordingly, this case is closed.

**Dated:** New York, New York

      May 13, 2021

                                          **RUBY J. KRAJICK**

                                        **Clerk of Court**

             **BY:**         K. mango

                                          **Deputy Clerk**